452 A.2d 1018

**In the Interest of Lindsay RYAN and Vincent Long, Minors.**

**Appeal of Lindsay RYAN and Vincent Long.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1982.

Decided Dec. 10, 1982.

Raymond R. Williams, Asst. Public Defender, for appellants.

Vram Nedurian, Jr., Media, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 277 Pa.Super. 433, 419 A.2d 1224.